UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 05-22689

Request for International Judicial
Assistance from the Second Court of
Colon, Civil Branch, Republic of Panama;
Matter of Patricio Clerici

### ORDER

Upon application of the United States of America, and upon review of the Letters Rogatory issued from the Second Court of the Circuit of Colon, Civil Branch, of the Republic of Panama, in the matter of Patricio Clerici and seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in a judicial proceeding in Republic of Panama, and the Court being fully informed in the premises, it is hereby:

**ORDERED AND ADJUDGED**, pursuant to the authority contained in Title 28, United States Code, Section 1782, that Lawrence Rosen, Assistant United States Attorney for the Southern District of Florida, is hereby appointed as Commissioner of this Court to take such steps as are necessary to obtain the evidence in conformity with the Letters Rogatory; to certify the testimony and documents obtained; to submit said certified evidence to the Office of International Affairs, United States Department of Justice, for transmission to the Republic of Panama; and to do all else that may

be necessary for the accomplishment of the purpose of this Order.

DONE AND ORDERED at Miami, Florida, this 12 day of October, 2005.

                                                        UNITED STATES DISTRICT JUDGE

cc:  Lawrence Rosen, AUSA